NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5421
     Facsimile: (213) 894-0142
     E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


                UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

                     WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>$23,100.00 IN U.S. CURRENCY,<br><br>           Defendant. | No. 2:18-CV-00190<br><br>VERIFIED COMPLAINT FOR FORFEITURE<br><br>21 U.S.C. § 881(a)(6)<br><br>[DEA] |

     Plaintiff United States of America brings this claim against

defendant $23,100.00 in U.S. Currency, and alleges as follows:

                   JURISDICTION AND VENUE

     1.   Plaintiff United States of America brings this in rem

forfeiture action pursuant to 21 U.S.C. § 881(a)(6).

     2.   This Court has jurisdiction over the matter pursuant to

28 U.S.C. §§ 1345 and 1355.

3.    Venue lies in this district pursuant to 28 U.S.C.
§ 1395(b).

PERSONS AND ENTITIES

4.    The plaintiff in this action is the United States of
America.

5.    The defendant in this action is $23,100.00 in U.S. Currency
(the "defendant currency") seized by law enforcement officers during
a traffic stop conducted on July 18, 2018 in San Gabriel, California
near the intersection of San Gabriel Boulevard and East Fairview
Avenue of a 2017 Ford Mustang driven by Weipeng Yan.

6.    The defendant currency is currently in the custody of the
United States Marshals Service in this District, where it will remain
subject to this Court's jurisdiction during the pendency of this
action.

7.    The interests of Weipeng Yan, Hongwu Zhan and Meiyan Chen
may be adversely affected by these proceedings.

FACTS SUPPORTING FORFEITURE

8.    As a result of a drug trafficking investigation, law
enforcement officers conducted surveillance at Chen's residence on
July 18, 2018, and observed the following events.  At approximately
8:20 p.m., someone traveling in a Chevrolet Malibu arrived at and
parked across the street from Chen's residence.  An unknown male
exited from the vehicle's passenger seat carrying in his hand a large
white weighted grocery bag and walked toward a male, whom officers
later identified as Zhan, who was standing in the Chen residence's
driveway and appeared as if he (Zhan) were waiting for someone.
After Zhan and the male met, the male walked back to the Malibu
without the large white bag and drove away, while Zhan carried into

2

the Chen residence the white grocery back given to Zhan by the male. Moments later, Zhan exited the residence without the bag, and looked in all directions as if he was checking for the presence of law enforcement.

9.   Zhan then paced up and down on the sidewalk in front of the Chen residence, and at this point was carrying the large white bag. Moments later, a woman whom officers later identified as Zhan's wife Chen, exited the residence and joined Zhan on the sidewalk.  Within five minutes after the male had left in the Malibu, someone traveling in a Ford Mustang pulled up to the Chen residence and parked near Zhan.  A male, whom officers later identified as Yan, exited the vehicle and met with Zhan and Chen in the driveway.  Zhan handed Yan the weighted white plastic grocery bag and Yan then returned to the Mustang with the bag and drove away.

10.  Officers initiated a traffic stop of Yan's Mustang at the intersection of Las Tunas and San Gabriel Boulevard, after Yan committed California Vehicle Code violations.  Yan stopped his vehicle at the intersection of San Gabriel Boulevard and East Fairview Avenue.

11.  During the traffic stop, Yan provided officers with Oregon and California driver licenses.  When officers looked inside the vehicle, they saw a white plastic bag under the driver seat of the Mustang.  Upon examining the plastic bag's contents, officers saw bundled, rubber-banded currency (i.e., the defendant currency, which totals $23,100.00). Bundling and rubber-banding of currency is indicative of narcotic trafficking.

12.  When officers asked Yan about the money that officers had found, Yan estimated that it totaled about $1,000.00, and claimed it

represented profits from selling shoes.  However, Yan was unable to
provide officers with any documentation to support his assertion.  In
addition, Yan told officers that he (Yan) had received the funds from
a friend near the Chen residence address (a location where officers
had seen Yan receive the white plastic bag).  Officers at the traffic
stop then conveyed this and other information to officers conducting
surveillance at Chen's residence.

13.  Officers around this time saw Zhan and Chen walking down
the driveway of the Chen residence.  When officers spoke with Chen,
Chen told officers that she sold shoes for Yan and had given him cash
for money that she (Chen) owed Yan.

14.  In addition, officers also returned to the Chen residence
with Yan, and again spoke with Yan about the seized funds.  In
response to officers' inquiries, Yan provided various accounts of how
much money was in the car, how he had obtained the money and to whom
the funds belonged.  However, and as mentioned above, although Yan
had originally told officers the bag contained just $1,000.00, the
defendant currency totaled $23,100.00.  In addition to the fact that
narcotic couriers often do not know how much money they are carrying,
the defendant currency bore additional narcotic trafficking indicia
in that it was in the following denominations that are consistent
with narcotic trafficking:  103 one-hundred dollar bills, 36 fifty-
dollar bills and 550 twenty-dollar bills. are given to transport.

15.  In the administrative forfeiture proceedings that often
precede the filing of a judicial civil forfeiture complaint, Chen
submitted a claim to the Drug Enforcement Administration for the
defendant currency, in which she again contradicted the statements
she made to officers during their earlier discussions.  In the

1  administrative claim, Chen asserted that the funds constituted

2  savings generated by Chen and her husband.

3      16.  Based on the above, plaintiff alleges that the defendant

4  currency represents or is traceable to proceeds of illegal narcotic

5  trafficking or was intended to be used in one or more exchanges for a

6  controlled substance or listed chemical, in violation of 21 U.S.C.

7  § 841 et seq.  The defendant currency is therefore subject to

8  forfeiture pursuant to 21 U.S.C. § 881(a)(6).

9      WHEREFORE, plaintiff United States of America prays:

10      (a)  that due process issue to enforce the forfeiture of the

11  defendant currency;

12      (b)  that due notice be given to all interested parties to

13  appear and show cause why forfeiture should not be decreed;

14      (c)  that this Court decree forfeiture of the defendant currency

15  to the United States of America for disposition according to law; and

16      (d)  for such other and further relief as this Court may deem

17  just and proper, together with the costs and disbursements of this

18  action.

19  DATED: January 9, 2019          NICOLA T. HANNA
                                    United States Attorney
20                                  LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
21                                  Chief, Criminal Division
                                    STEVEN R. WELK
22                                  Assistant United States Attorney
                                    Chief, Asset Forfeiture Division
23

24                                    /s/ Brent A. Whittlesey___
                                    BRENT A. WHITTLESEY
25                                  Assistant United States Attorney
                                    Asset Forfeiture Section
26
                                    Attorneys for Plaintiff
27                                  UNITED STATES OF AMERICA

28

1

VERIFICATION

2      I, Special Agent Michael A. Gonzales, hereby declare that:

3      1.   I am a Special Agent with the U.S. Drug Enforcement

4  Administration.

5      2.   I have read the above Verified Complaint for Forfeiture and

6  know its contents.  It is based upon my own personal knowledge and

7  reports provided to me by other law enforcement agents.

8      3.   Everything contained in the Complaint is true and correct,

9  to the best of my knowledge and belief.

10      I declare under penalty of perjury that the foregoing is true

and correct.

11      Executed JANUARY 9___, 2019 in Los Angeles, California.

12

13

14                                MICHAEL A. GONZALES
                                  Special Agent
15                                U.S. Drug Enforcement
                                  Administration

16

17

18

19

20

21

22

23

24

25

26

27

28