NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5421
    Facsimile: (213) 894-0142
    E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$23,100.00 IN U.S. CURRENCY,<br><br>        Defendant. | No. 2:19-CV-00190-CAS(JPRx)<br><br>FIRST AMENDED COMPLAINT FOR FORFEITURE<br><br>21 U.S.C. § 881(a)(6)<br><br>[DEA] |

Plaintiff United States of America brings this claim against defendant $23,100.00 in U.S. Currency, and alleges as follows:

JURISDICTION AND VENUE

1.  Plaintiff United States of America brings this <u>in rem</u> forfeiture action pursuant to 21 U.S.C. § 881(a)(6).

2.  This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $23,100.00 in U.S. Currency (the "defendant currency") seized by law enforcement officers during a traffic stop conducted on July 18, 2018 in San Gabriel, California near the intersection of San Gabriel Boulevard and East Fairview Avenue of a 2017 Ford Mustang driven by Weipeng Yan.

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Weipeng Yan ("Yan"), Hongwu Zhan ("Zhan") and Meiyan Chen ("Chen") may be adversely affected by these proceedings.

## FACTS SUPPORTING FORFEITURE

8. As a result of a drug trafficking investigation, law enforcement officers conducted surveillance at Chen's residence on July 18, 2018, and observed the following events.  At approximately 8:20 p.m., someone traveling in a Chevrolet Malibu arrived at and parked across the street from Chen's residence.  An unknown male exited from the vehicle's passenger seat carrying in his hand a large white weighted grocery bag and walked toward a male, whom officers later identified as Zhan, who was standing in the Chen residence's driveway and appeared as if he (Zhan) were waiting for someone. After Zhan and the male met, the male walked back to the Malibu

without the large white bag and drove away, while Zhan carried into the Chen residence the white grocery bag given to Zhan by the male. Moments later, Zhan exited the residence without the bag, and looked in all directions as if he was checking for the presence of law enforcement.

9.   Zhan then paced up and down on the sidewalk in front of the Chen residence, and at this point was carrying the large white bag. Moments later, a woman whom officers later identified as Zhan's wife Chen, exited the residence and joined Zhan on the sidewalk.  Within five minutes after the male had left in the Malibu, someone traveling in a Ford Mustang pulled up to the Chen residence and parked near Zhan.  A male, whom officers later identified as Yan, exited the vehicle and met with Zhan and Chen in the driveway.  Zhan handed Yan the weighted white plastic grocery bag and Yan then returned to the Mustang with the bag and drove away.

10.   Officers initiated a traffic stop of Yan's Mustang at the intersection of Las Tunas and San Gabriel Boulevard, after Yan committed California Vehicle Code violations.  Yan stopped his vehicle at the intersection of San Gabriel Boulevard and East Fairview Avenue.

11.   During the traffic stop, Yan provided officers with Oregon and California driver licenses.  When officers looked inside the vehicle, they saw a white plastic bag under the driver seat of the Mustang.  Upon examining the plastic bag's contents, officers saw bundled, rubber-banded currency (<u>i.e.</u>, the defendant currency, which totals $23,100.00). Bundling and rubber-banding of currency is indicative of narcotic trafficking.

12.   When officers asked Yan about the money that officers had

found, Yan estimated that it totaled about $1,000.00, and claimed it represented profits from selling shoes. However, Yan was unable to provide officers with any documentation to support his assertion. In addition, Yan told officers that he (Yan) had received the funds from a friend near the Chen residence address (a location where officers had seen Yan receive the white plastic bag). Officers at the traffic stop then conveyed this and other information to officers conducting surveillance at Chen's residence.

13. Officers around this time saw Zhan and Chen walking down the driveway of the Chen residence. When officers spoke with Chen, Chen told officers that she sold shoes for Yan and had given him cash for money that she owed to Yan.

14. In addition, officers also returned to the Chen residence with Yan, and again spoke with Yan about the seized funds. In response to officers' inquiries, Yan provided various accounts of how much money was in the car, how he had obtained the money and to whom the funds belonged. However, and as mentioned above, although Yan had originally told officers the bag contained just $1,000.00, the defendant currency totaled $23,100.00. In addition to the fact that narcotic proceeds couriers often do not know how much money they are carrying, the defendant currency bore additional narcotic trafficking indicia in that it was in the following denominations that are consistent with narcotic trafficking: 103 one-hundred dollar bills, 36 fifty-dollar bills and 550 twenty-dollar bills.

15. In the administrative forfeiture proceedings that often precede the filing of a judicial civil forfeiture complaint, Zhan and his wife Chen both submitted claims to the Drug Enforcement Administration for the defendant currency. In those administrative

4

claims, Zhan and Chen, in direct contradiction to the statements Chen made to officers on July 18, 2018, both asserted that the $23,100.00 (i.e., the defendant currency) officers seized from Yan belonged to both Zhan and Chen and constituted savings that they had generated. However, as mentioned above, Chen told officers that the funds belonged to Yan, not Chan and her husband Zhan.

16. Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotic trafficking or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 et seq. The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

1      (c)  that this Court decree forfeiture of the defendant currency
2 to the United States of America for disposition according to law; and
3      (d)  for such other and further relief as this Court may deem
4 just and proper, together with the costs and disbursements of this
5 action.

6 DATED: March 15, 2019              NICOLA T. HANNA
                                     United States Attorney
7                                    LAWRENCE S. MIDDLETON
                                     Assistant United States Attorney
8                                    Chief, Criminal Division
                                     STEVEN R. WELK
9                                    Assistant United States Attorney
                                     Chief, Asset Forfeiture Division
10

11                                      /s/ Brent A. Whittlesey
                                     BRENT A. WHITTLESEY
12                                   Assistant United States Attorney
                                     Asset Forfeiture Section
13
                                     Attorneys for Plaintiff
14                                   UNITED STATES OF AMERICA

VERIFICATION

I, Michael A. Gonzales, hereby declare that:

1. I am a Task Force Officer with the Drug Enforcement Administration.

2. I have read the above First Amended Complaint for Forfeiture and know its contents.

3. The information contained in the First Amended Complaint is either known to me personally, was furnished to me by official government sources, or was obtained pursuant to subpoena. I am informed and believe that the allegations set out in the First Amended Complaint are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2019 in Los Angeles, California.

*Michael Gonzales*
_____
MICHAEL A. GONZALES