UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$23,100.00 IN U.S. CURRENCY<br><br>Defendants. | No. 2:19-cv-00190-CAS (JPRx)<br><br>[PROPOSED] CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES OF AMERICA AND POTENTIAL CLAIMANTS MEIYAN CHEN AND HONGWU ZHAN |

Pursuant to the stipulation and request of Plaintiff United States of America and Potential Claimants Meiyan Chen ("Chen") And Hongwu Zhan ("Zhan"), the Court hereby enters this Consent Judgment of Forfeiture containing the terms set forth below:

On or about March 15, 2019, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a First Amended Complaint For Forfeiture alleging that defendant $23,100.00 in U.S. Currency (the

"defendant currency") is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Chen and Zhan each filed administrative claims to the defendant currency on or about September 11, 2018, with the Drug Enforcement Administration. However, prior to the April 23, 2019, deadline to file claims and the May 14, 2019 deadline to an answer to the First Amended Complaint for Forfeiture counsel for Chen and Zhan, George Young, requested an extension of the periods to file a claim and answer of less than 30-days and the plaintiff agreed. The parties therefore filed a stipulation extending the deadlines for Chen and Zhan to file a claim by May 23, 2019 and an answer by June 13, 2019, leaving unchanged the deadlines to file claims and answers for all other potential claimants (i.e. April 23, 2019 for claims, and May 14, 2019 for answers).

The plaintiff and counsel for Chen and Zhan have discussed seizure of the defendant currency and various settlement options.

Other than Chen and Zhan, no other person or entity has asserted a claim to the defendant currency.

No other parties have appeared in this case and the time for filing claims and answers has expired.

The United States of America and Chen and Zhan have now agreed to settle this action relative to the disputes between them with respect to the defendant currency and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based on the mutual consent of the United States of America and Chen and Zhan,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. As between the United States of America and Chen and Zhan with respect to the defendant currency, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. As between the United States of America and Chen and Zhan with respect to the defendant currency, the First Amended Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearances have been made in the litigation with respect to the defendant currency. The Court deems that all other potential claimants admit the allegations of the First Amended Complaint for Forfeiture to be true with respect to the defendant currency.

4. The sum of $3,465.00 only (without interest) shall be returned to Chen and Zhan. The remainder of the defendant currency (i.e., $19,635.00), plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. The funds to be returned to Chen and Zhan pursuant to paragraph 4 above shall be paid to Chen and Zhan by electronic transfer. Chen and Zhan shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer including, without limitation, providing Chen and Zhan's social security and taxpayer identification numbers (if any), the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the account to which the transfer of funds is to be made.

6. Chen and Zhan, hereby waive, relinquish and abandon any right to contest the forfeiture of the defendant $23,100.00 in U.S. Currency and release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation any petitions for remission, which Chen and Zhan hereby withdraw), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Chen and Zhan with respect to the

defendant currency whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. As between the United States of America and Chen and Zhan with respect to the defendant currency, (i) the Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings; and (ii) this judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. As between the United States of America and Chen and Zhan with regard to the defendant currency, the Court further finds that Chen and Zhan did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

9. The United States of America and Chen and Zhan consent to this judgment and waive any right to appeal this judgment.

Dated: June 10, 2019

*[signature]*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ *Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA